# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 616 EAL 2015

Respondent :

: Petition for Allowance of Appeal from
: the Order of the Superior Court

v. :

KENNETH WILLIAMS, :

Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 29th day of March, 2016, the Petition for Allowance of Appeal is **DENIED**.